No. 240, Misc. WORKMAN v. TURNER, WARDEN; and No. 416, Misc. FORESTER v. FIELD, MENS COLONY SUPERINTENDENT, ET AL. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari denied.

No. 368, Misc. BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS ET AL. v. GOLDBERG, U. S. CIRCUIT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied. *Crawford C. Martin,* Attorney General of Texas, *George M. Cowden,* First Assistant Attorney General, *J. C. Davis, W. O. Shultz II* and *James C. McCoy,* Assistant Attorneys General, and *A. J. Carubbi, Jr.,* on the motion. *David R. Richards* for Gilmore et al., in opposition.

No. 111, Misc. CAMERON ET AL. v. JOHNSON, GOVERNOR OF MISSISSIPPI, ET AL. Appeal from D. C. S. D. Miss. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted and case transferred to appellate docket. *Arthur Kinoy, William M. Kunstler, Benjamin E. Smith, Bruce C. Waltzer* and *Morton Stavis* for appellants. *Joe T. Patterson,* Attorney General of Mississippi, and *Will S. Wells* and *William A. Allain,* Assistant Attorneys General, for appellees.

No. 410. DUNCAN v. LOUISIANA. Appeal from Sup. Ct. La. Probable jurisdiction noted and case set for oral argument immediately following No. 52 (386 U. S. 1003). *Richard B. Sobol, Alvin J. Bronstein* and *Anthony G. Amsterdam* for appellant.